UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA RIVERA GABRIEL, | CASE NO. 2:22-cv-00006-TL |
| Petitioner, | ORDER REGARDING INITIAL CASE SHEDULING, PROCEDURAL INFORMATION, AND EARLY SETTLEMENT |
| v. | |
| ANTHONY JAMES LAVISON, | |
| Respondent. | |

## I. INITIAL CASE SCHEDULING

Pursuant to this Court's Order Modifying and Extending Temporary Restraining Order,

Dkt. No. 20, the Court sets the following initial case scheduling date:

> Deadline for the Parties to Confer
> and File a Joint Proposed Scheduling
> Order to Proceed with Hearing the
> Petition on the Merits:                    **2/11/2022**

Any request for an extension of the deadline above must comply with the procedures set

forth in this Court's Standing Order for All Civil Cases. *See*

https://www.wawd.uscourts.gov/sites/wawd/files/LinStandingOrderreCivilCases.pdf. Petitioner

ORDER REGARDING INITIAL CASE SHEDULING, PROCEDURAL INFORMATION, AND EARLY
SETTLEMENT - 1

and Respondent shall meet and confer before contacting the Court to request an extension and

include a certification as to this requirement with any opposed motion.

## II. PROCEDURAL INFORMATION

All counsel and *pro se* parties shall review the Local Rules, Electronic Filing Procedures

for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, which can be

found on the Court's website at www.wawd.uscourts.gov.

In addition, all counsel and *pro se* parties shall review Judge Lin's Chambers Procedures

at http://www.wawd.uscourts.gov/judges/lin-procedures.

**Counsel and *pro se* parties are expected to abide by the requirements set forth in the**

**Local Rules as well as Judge Lin's Chambers Procedures. Failure to do so may result in the**

**imposition of sanctions.**

## III. PROPOSED JOINT SCHEDULING ORDER

As noted above, all counsel and any *pro se* parties are directed to confer and provide the

Court with a combined Proposed Joint Scheduling Order (the "Proposed Order") by

**February 11, 2022**. This conference shall be by direct and personal communication, whether

that be an in-person or virtual face-to-face meeting or a telephonic conference. The Proposed

Order will be used to set a schedule for the prompt resolution of the petition. It must contain the

following information:

1. The parties' views, proposals, and agreements, by corresponding paragraph letters (A,

    B, etc.), on the following topics:

    (A)   Whether and to what extent the parties anticipate engaging in discovery and

           the date by which discovery will be completed.

    (B)   Whether the parties intend pursue resolution through mediation and the date

           by which any mediation will occur.

(C)   The total number of hours the parties anticipate needing for the evidentiary

hearing.

(D)   The number of witnesses each party intends to have testify at the hearing

and confirmation that all witnesses will be able and available to participate

remotely via Zoom; and

(E)   Whether either party or any party's witnesses will require the services of an

interpreter and if so, in what language.

(F)   Any suggestions for shortening or simplifying the case.

(G)   Any dates on which the parties or counsel may have conflicts or other

complications to be considered in setting a hearing date.

2.   The date the petition will be ready for an evidentiary hearing on the merits and all

related due dates (prehearing statements, motions *in limine*, stipulations, etc.). The

Court notes that expedited resolution of this matter would be in the best interest of the

child. The Hauge Convention further instructs courts to expedite proceedings and

encourages petitions to be resolved within six (6) weeks of filing, where possible. The

parties are directed to consider this expectation of expedited proceedings in the

Proposed Order. Should the parties propose a hearing date beyond six (6) weeks of

the filing date, a written consent to the proposed schedule by Petitioner and

Respondent shall be filed contemporaneously with the Proposed Order.

3.   A certification that all counsel and any *pro se* parties have reviewed Judge Lin's

Chambers Procedures, the Local Rules, and the applicable Electronic Filing

Procedures.

ORDER REGARDING INITIAL CASE SHEDULING, PROCEDURAL INFORMATION, AND EARLY
SETTLEMENT - 3

4.   A certification that all counsel and any *pro se* parties have reviewed and complied

with Judge Lin's Standing Order Regarding 28 U.S.C. § 455 and Canon 3 of the Code

of Conduct for United States Judges.

If the parties are unable to agree on any part of the Proposed Order, they may answer in

separate paragraphs. No separate proposals are to be filed. If the parties wish to have a status

conference with the Court at any time during the pendency of this action, they should notify

Kadya Peter, Courtroom Deputy, at Kadya_Peter@wawd.uscourts.gov.

### IV. PRO SE RESOURCES

If any party intends to appear at the hearing *pro se*, or without legal counsel to represent

them, they are directed to review the resources provided by this District entitled Representing

Yourself that are available online at https://www.wawd.uscourts.gov/representing-yourself-pro-

se.

### V. EARLY SETTLEMENT CONSIDERATION & NOTIFICATION

When civil cases are settled early—before becoming costly and time consuming—all

parties and the Court benefit. The Federal Bar Association Alternative Dispute Resolution Task

Force Report for this District has stated:

> [T]he major ADR-related problem is not the percentage of civil cases
> that ultimately settle, since statistics demonstrate that approximately 95%
> of all cases are resolved without trial. However, the timing of settlement
> is a major concern. Frequently, under our existing ADR system, case
> resolution occurs far too late, after the parties have completed discovery
> and incurred substantial expenditure of fees and costs.

The judges of this District have adopted a resolution "approving the Task Force's

recommendation that court-connected ADR services be provided as early, effectively, and

economically as possible in every suitable case." The steps required by this Order are meant to

help achieve that goal while preserving the rights of all parties.

ORDER REGARDING INITIAL CASE SHEDULING, PROCEDURAL INFORMATION, AND EARLY
SETTLEMENT - 4

If settlement is achieved, counsel shall immediately notify Kadya Peter, Courtroom Deputy, at Kadya_Peter@wawd.uscourts.gov.

## VI. SANCTIONS

The parties are responsible for complying with the terms of this Order. The Court may impose sanctions on any party who fails to comply fully with this Order.

Dated this <u>31st</u> day of January, 2022.

Tana Lin
United States District Judge

ORDER REGARDING INITIAL CASE SHEDULING, PROCEDURAL INFORMATION, AND EARLY SETTLEMENT - 5